NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CLYDE M. SWANSON,                   )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-4723
                                    )
FIRST BANK, a Missouri state        )
chartered trust company as          )
successor by merger to Coast Bank   )
of Florida,                         )
                                    )
            Appellee.               )
_____ )

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Polk
County; Larry Helms, Judge.

Clyde M. Swanson, pro se.

Stacey S. Fisher of Sprechman &
Fisher, P.A., Miami, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.